PROB 12B
SDIL (11/10)

# UNITED STATES DISTRICT COURT
## for
## Southern District of Illinois

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Antonio Taylor       Docket Number: 0754 3:99CR30031-003

Name of Sentencing Judicial Officer: Honorable William D. Stiehl

Date of Original Sentence: August 24, 2001

Original Offense: CT.1: Conspiracy to distribute and possess with intent to distribute cocaine base and marijuana
CT's. 4 &5: Distribution of cocaine base

Original Sentence: CT's. 1, 4, & 5: 168 months Bureau of Prison, all counts to run concurrently
CT.1: 60 months' Supervised Release
CT's. 4 &5: 36 months' Supervised Release all counts to run concurrently

Type of Supervision: Supervised Release       Date Supervision Commenced: September 29, 2008

Assistant U.S. Attorney: Deidre A. Durborow       Defense Attorney: John D. Stobbs

## PETITIONING THE COURT

☐ To extend the term of supervision for     ☒ To modify the conditions of supervision as follows:

The defendant shall reside in a Residential Reentry Center at the direction of the probation office for not more than 180 days or until discharged by the center director.

### CAUSE

| | |
|---|---|
| Statutory | The defendant shall not commit another federal, state or local crime. |
| | On August 22, 2010, the offender committed the offense of Disorderly Conduct. |
| Statutory | The defendant shall not unlawfully possess a controlled substance. |
| | On September 15, 2010, the offender illegally possessed a controlled substance in that he tested positive for marijuana by urinalysis. |
| | On April 13, 2011, the offender admitted to using marijuana on March 18, 2011. |

Previous Violation Reports Submitted to the Court:    November 2008 (DRUGS), September 2009 (DRUGS, TRAVEL, MSR, ODT) March 2010 (DRUGS, ODT)

### U.S. Probation Officer Recommendation:

On August 22, 2010, the offender was contacted outside of his brother's house in Collinsville, Illinois, by officers of the Collinsville, Illinois Police Department. The offender was instructed by the police officers to move his vehicle from where it was parked. The offender told the police officers that he was at his brother's house, and he did not think he needed to move his car. Officers placed the offender under arrest, searched

Offender Name:  Antonio Taylor                                                                                        Page 2 of 2

**Docket Number:  0754 3:99CR30031-003**

him, and then transported him to the Collinsville Police Department. The offender was released after the issuance of a citation for the offense of Disorderly Conduct. He was given a court date of September 28, 2010, The offender has since pled guilty to reduced charges of Resisting a Peace Officer and was ordered to pay a $192.75 Fine and Court Costs.

To address the offender's illicit drug use, the offender has been referred to out-patient substance abuse counseling. The offender is not new to treatment and has always done very well in treatment. However, the offender seems to lack the internal controls to abstain from marijuana use when pressured by his peers. It is this officer's hope that the Residential Re-entry Center will offer the offender a controlled and structured environment to get his substance abuse issues under control. Additionally, the offender was placed into the On-Site Drug Testing Program to monitor him for the continued use of marijuana. Lastly, the offender has been advised that continued noncompliance will result in further sanctions and/or the Court being petitioned to revoke his term of supervision.

Enclosed for the Court's review is the Waiver of Hearing to Modify the Conditions of Supervised Release signed by the offender. The Court should note that prior to signing the waiver, the offender's rights to a hearing, and the assistance of counsel were explained in detail. Furthermore, Assistant U.S. Attorney Deidre A. Durborow was made aware of this proposed modification and does not object to the Court being petitioned to modify the offender's conditions, as indicated above.

Respectfully submitted,

by  _____
Richard J. Wactor
U.S. Probation Officer

RJW/ksg                                                                                            Date:  June 22, 2011

---

| | No action.
| | The extension of supervision as noted above.
| | The modification of provision as noted above.
|■| Other  Filed Amended Modification

_____
Judge

_22 June 2011_____
Date

cc:  Deidre A. Durborow, AUSA
     John D. Stobbs, AFPD