PROB 22
(Rev. 2/10)

# TRANSFER OF JURISDICTION

DOCKET NUMBER (Tran. Court)
0754 3:99CR30031-003

FEB 0 8 2013

DOCKET NUMBER (Rec. Court)
4:13CR00053ERW

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION / OFFICE |
|---|---|---|
| Antonio Taylor<br>St Louis, MO 63138 | Southern District of Illinois | East St. Louis, IL 62201 |
| | NAME OF SENTENCING JUDGE | |
| | Honorable William D. Stiehl | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 9/29/2008  TO 9/28/2013 |

OFFENSE

Conspiracy to distribute and possess with intent to distribute cocaine base and marijuana
Distribution of cocaine base

FILED
FEB 28 2013
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ILLINOIS

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Eastern District Of Missouri upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

15 January 2013
DATE

_[signature]_
UNITED STATES DISTRICT JUDGE

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MISSOURI

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

1/25/13
DATE

_[signature]_
UNITED STATES ~~DISTRICT~~ JUDGE
Magistrate